UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA DeVANE ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0389 |
| ) | Judge Nixon/Knowles |
| JERRY HANNAH, et al. ) | |

### O R D E R

Pending before the Court is the parties' Joint Motion for Amendment to the Initial Case Management Order Entered November 4, 2011. Docket Entry No. 30. This Motion is granted, and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

1. The discovery deadline is April 30, 2012.

2. The dispositive motion deadline is May 29, 2012.

3. The jury trial is reset for **October 30, 2012, at 9:00 a.m.** before the Honorable John T. Nixon. The pretrial conference is reset for **October 19, 2012, at 10:00 a.m**.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge