UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA DeVANE ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0389 |
| ) | Judge Nixon/Knowles |
| JERRY HANNAH, et al. ) | |

### O R D E R

Pending before the Court is Plaintiff's unopposed Motion for Enlargement of Time to Conclude Discovery. Docket Entry No. 36. This Motion is granted, and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

1. The discovery deadline is July 1, 2012.

2. The dispositive motion deadline is August 1, 2012.

3. The jury trial is reset for **January 15, 2013, at 9:00 a.m.** before the Honorable John T. Nixon. The pretrial conference is reset for **January 4, 2013, at 10:00 a.m**.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge