ORDER:
Motion granted.
*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REBECCA DEVANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:11CV389 |
| ) | Magistrate Judge E. Clifton Knowles |
| JERRY HANNAH; ) | |
| ) | |
| and ) | |
| ) | |
| VERICHECK, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO BE EXCUSED FROM CASE MANAGEMENT CONFERENCE

This Court granted Defendant Vericheck, Inc.'s Motion to Ascertain Status of Case and Amend Case Management Order, setting a case management conference for November 5, 2012 at 10:00 am. The motion requested the matter to be a telephonic hearing. Edward M. Bearman, counsel for Vericheck, Inc. and Jerry Hannah, is scheduled to be in a Tennessee State Court Trial which will have commenced and be proceeding on the date and time the Court so set. Chris Berney, co-counsel with Mr. Bearman, is prepared to attend the hearing on behalf of the Defendants and state the Defendants position. Therefore, there should be no prejudice and Edward M. Bearman requests this Honorable Court to excuse him from the Conference.

Respectfully Submitted,

By: /s/ Edward M. Bearman
Edward M. Bearman (14242)
780 Ridge Lake Blvd.
Suite 202
Memphis, TN 38120
(901) 682-3450