ORDER: Motion granted. The ICMC is reset for Nov. 20, 2012, at 10:00 am.

*E. Clifton Knowles*
US. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REBECCA DEVANE,<br><br>Plaintiff,<br><br>v.<br><br>JERRY HANNAH;<br><br>and<br><br>VERICHECK, INC.,<br><br>Defendants. | CASE NO. 3:11CV389 |

## PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING TO ASCERTAIN STATUS OF CASE AND TO AMEND CASE MANAGEMENT ORDER

COMES NOW THE PLAINTIFF's counsel, GREGORY E. SENEFF, SR., and respectfully requests that the hearing to ascertain status of the case and to amend the case management order, originally scheduled for Monday, November 5, 2012 at 10:00 am CST, be continued for no less than two (2) weeks. As grounds for this motion, counsel Gregory E. Seneff, Sr. would state that he has been suffering from various chronic health issues that have prevented him from attending to various personal and professional matters including the instant case. The affidavit of Gregory E. Seneff, Sr. is provided in support of this motion.

Counsel Gregory E. Seneff, Sr. would state that the Plaintiff has been advised to seek representation as co-counsel or as sole counsel in this matter.

Dated: November 2, 2012