# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

REBECCA DeVANE      )
            )
v.             ) Civil Action No. 3:11-0389
            ) Judge Nixon/Knowles
JERRY HANNAH, et al.     )

## O R D E R

The Telephonic Case Management Conference in this action previously set for November 20, 2012, at 10:00 a.m., is hereby rescheduled for **December 18, 2012, at 10:00 a.m. CST** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

Counsel for the defendants shall initiate the conference call and contact the Court at 615-736-7344. The Clerk's Office is directed to send a copy of this Order to Attorney Larry Lamont Crain at American Center for Law and Justice, 5214 Maryland Way, Suite 402, Brentwood, Tennessee, 37027.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge