UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **REBECCA DEVANE** ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0389 |
| ) | Judge Nixon/Knowles |
| **JERRY HANNAH, et al.** ) | |

## O R D E R

Pending before the Court is a Joint Motion to Amend Case Management Order, to Extend Discovery, and for Entry of a Protective Order. Docket Entry No. 75. This Motion is granted in part, and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

1. Written discovery is due on or before March 11, 2013.

2. Defendants will respond to Plaintiff's discovery dated May 31, 2012 and subject to the pending Motion to Compel with full right to object on or before March 11, 2013.

3. Any discovery-related motions are due on or before April 8, 2013.

4. All depositions shall be completed on or before May 17, 2013.

5. The Deposition of Defendant(s) shall take place in Atlanta, Georgia at the office of Christopher P. Berney and the current deposition date of Jerry Hannah shall be moved to a date between March 11th and May 17th to be mutually agreed to by

counsel.

     6. The deposition of Rebecca Devane shall take place in Nashville, Tennessee at the office of Jonathan Stein between March 11th and May 17th at a date and time mutually agreed to by counsel.

     7. The pending depositions by subpoena of Gregory Bazemore and Dan Jacoby shall occur in Nashville, Tennessee at the office of Jonathan Stein and shall be moved to a date between March 11th and May 17th at a date and time mutually agreed to by counsel.

     8. Dispositive Motions are due on or before June 14, 2013.

     9. The jury trial is continued to **October 29, 2013**, at 9:00 a.m. before the Honorable John T. Nixon. The pretrial conference is continued to October 18, 2013.

     IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge