ORDER: Motion denied as moot.

*E. Clifton Knowles*

U.S. Magistrate Judge

## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **REBECCA DEVANE,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**JERRY HANNAH;**<br><br>and<br><br>**VERICHECK, INC.,**<br><br>                    **Defendants.** | **CASE NO. 3:11CV389** |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY
## AND TO EXPAND TIME FOR DISCOVERY

COMES NOW THE PLAINTIFF, REBECCA DEVANE, pursuant to Rule 37 of the Federal Rules of Civil Procedure and respectfully moves this Court for an Order compelling the Defendants to provide responses to interrogatories, production of documents and things, and allow time for Plaintiff to review such discovery prior to depositions of the Defendants. Defendants have refused to provide responses to requests for discovery by the Plaintiffs.

1.      On May 31, 2012 the Plaintiff's counsel mailed Defendants' counsel Requests for Admissions, Interrogatories, and a Request for Production of Documents and Things.

2.      On June 7, 2012 the Defendants' counsel filed a certification with this Court that the Defendant's counsel had mailed a notice of response and deposition to Plaintiff's counsel. As of the time of drafting this pleading, Plaintiff's counsel has not received a copy of any such