ORDER: Motion granted in part.

E. Clifton Knowles
U.S. Magistrate Judge

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **REBECCA DEVANE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JERRY HANNAH;**<br><br>**and**<br><br>**VERICHECK, INC.,**<br><br>**Defendants.** | **CASE NO. 3:11CV389** |

## PLAINTIFF'S MOTION TO DISMISS MOTION

COMES NOW THE PLAINTIFF, REBECCA DEVANE, by and through counsel, and respectfully moves this Court for an Order to Dismiss the Plaintiff's Motion to Compel Discovery and to Expand Time for Discovery in this cause.

1. On December 18, 2012 the Plaintiff filed Plaintiff's Motion to Compel Discovery and to Expand Time for Discovery.

2. On February 6, 2013 the parties filed a Joint Motion to Amend Case Management Order, to Extend Discovery, and for Entry of a Protective Order.

3. On February 11, 2013 this Honorable Court entered an Order granting the parties' joint motion.

4. The Order granted on February 11, 2013 renders the Plaintiff's original motion moot.