FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REBECCA DEVANE,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY HANNAH;<br><br>and<br><br>VERICHECK, INC.,<br><br>    Defendants. | CASE NO. 3:11CV389<br><br>Judge Nixon/Knowles |

## ORDER

Pending before the Court is a Joint Motion to Amend Case Management Order and to Extend Discovery. This Motion is granted, and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

1. The discovery period as to written discovery shall be extended from May 17th to October 18, 2013;

2. The parties shall respond to the opposing parties' discovery with full right to object on or before August 16, 2013;

3. Any Motions to Compel shall be filed by September 30, 2013;

4. All Depositions shall be completed on or before October 18, 2013;

5. Dispositive Motions shall be filed on or before November 15, 2013.

6. The pre-trial conference is set for March 14, 2014 at 10:00 a.m.

1

.

7. The trial date is continued to March 25, 2014, at 9:00 a.m. before the Honorable John T. Nixon.


IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge