# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REBECCA DeVANE | ) |
| | ) Civil Action No. 3:11-CV-389 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JERRY HANNAH, and | ) |
| VERICHECK, INC. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Consent Motion to Amend Case Management Order and to Extend Discovery and Continue Trial. This Motion is granted, and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

1. The discovery period as to written discovery shall be extended from October 18, 2013 to December 20, 2013;

2. Plaintiff will provide Defendants with an itemized referenced report of copyright infringement allegations on or before October 21, 2013;

3. Defendants will provide Plaintiff with a copy of the VCMain database, including all table definitions as well as the data redacting client names and account numbers on or before November 22, 2013. Plaintiff will pre-pay Defendant for any third-party expense related to the production of the database including license fees for use of the MS SQL software to access the database;

4. The parties shall respond to the opposing parties' discovery with full right to object on or before November 22, 2013;

5. Any Motions to Compel shall be filed by December 6, 2013;

6. All Depositions shall be completed on or before December 20, 2013;

7. Dispositive Motions shall be filed on or before January 24, 2014;

8. The pre-trial conference is continued to May 23, 2014 at 10:00 a.m.

9. The trial date is continued to June 3, 2014, before the Honorable John T. Nixon.


IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge