```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

| | |
|---|---|
| **REBECCA DeVANE** ) | |
| ) | |
| v. ) | Civil Action No. 3:11-389 |
| ) | Judge Nixon/Knowles |
| **JERRY HANNAH, et al.** ) | |

## O R D E R

Pending before the Court is the parties' Joint Motion to Amend Case Management Order and To Extend Discovery and Continue Trial. Docket Entry No. 94. This Motion is granted and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

    1. All written discovery is due on or before January 14, 2014.

    2. Motions related to discovery shall be served and filed by January 21, 2014.

    3. All depositions shall be completed on or before February 21, 2014.

    4. Dispositive Motions are due on or before March 21, 2014.

    5. The parties shall attend mediation in good faith to resolve this matter on or before May 9, 2014.

    6. The jury trial is continued to August 5, 2014, before Judge Nixon. The pretrial conference is continued to July 25, 2014, at 10:00 a.m.

The Production of Discovery as outlined in the Joint Motion to Amend Case Management Order (Docket No. 94, p. 3, nos. 2-5) are hereby adopted.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge