IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA DEVANE, | ) |
| Plaintiff, | ) No. 3:11-cv-00389 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| JERRY HANNAH and VERICHECK, INC., | ) JURY DEMAND |
| Defendants. | ) |

## ORDER

The parties to this action have filed a Stipulation of Dismissal (Doc. No. 98) and a Proposed Order (Doc. No. 98-1), stipulating to the dismissal with prejudice of the above-captioned case, under terms of a confidential settlement agreement. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**, in accordance with the terms and conditions of the confidential Settlement Agreement executed by the parties, and with each party to bear its own costs as provided for in the Settlement Agreement. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this 11th day of June, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT